Weygandt, C. J., Zimmerman and Matthias, JJ.,
dissenting. Prospective use of property for an exempted purpose does not warrant its present exemption from taxation. Incorporated Trustees of Gospel Worker Society v. Evatt, Tax Commr., 140 Ohio St., 185, 42 N. E. (2d), 900; Pfeiffer et al., Trustees of Akron Public Library, v. Jenkins et al., Board of Tax Appeals, 141 Ohio St., 66, 46 N. E. (2d), 767; Ursuline Academy of Cleveland v. Board of Tax Appeals, 141 Ohio St., 563, 49 N. E. (2d), 674; and Welfare Federation of Cleveland v. Glander, Tax Commr., 146 Ohio St., 146, 64 N. E. (2d), 813.